IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES E. COOLEY, #230863,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:20-cv-0568-TFM-MU |
| | ) |
| **SEDRICK S. WOODGET,** | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On December 17, 2020, the Magistrate Judge entered a report and recommendation which recommends this action be transferred to the United States District Court for the Middle District of Alabama pursuant to 28 U.S.C. § 1406(a).  *See* Doc. 4.  No objections were filed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation is **ADOPTED** as the opinion of this Court.  Accordingly, this action is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.  As the order granting the motion for leave to proceed *in forma pauperis* was withdrawn, the motion remains for resolution by the receiving court.  *See* Docs. 2, 5.  To the extent necessary, the partial filing fee received by this Court shall also be transferred to the receiving court.

**DONE** and **ORDERED** this 26th day of January, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE